# Exhibit 2

# EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT ("Agreement"), effective April 1, 2024 ("Effective Date"), is made and entered into by and between **DOLLAR GENERAL CORPORATION** (the "Company"), and Johné E. Battle ("Employee").



1

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



2

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



3

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



4

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



5

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



6

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



8

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



9



10

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



12

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



14



15

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



17

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



18

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



20

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



21

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



22

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



23

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



24

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



25

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



IN WITNESS WHEREOF, the parties hereto have executed, or caused their duly authorized representative to execute this Agreement to be effective as of the Effective Date.

Date:  March 28, 2024          DOLLAR GENERAL CORPORATION

By:  _____

Name:  Kathy Reardon

Title:  EVP, Chief People Officer

"EMPLOYEE"

Date: 4/4/2024 _____  _____

**Johne E. Battle**

27

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



29



30

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



31

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



32

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF



33

DocuSign Envelope ID: 6B05D4A8-B153-4412-9D07-85E4355366AF

