# Exhibit 3

# Attorney-Client Privileged

**From:** Kathy Reardon
**Sent:** Thursday, July 11, 2024 3:13 PM
**To:** Lori Bremer <lbremer@dollargeneral.com>
**Subject:** RE: The Inclusion Genius Factory | DEI Consultant, Greatness Factory

Is this on his website? I will get it pulled down. I haven't looked yet. In a meeting.

---

**From:** Lori Bremer <lbremer@dollargeneral.com>
**Sent:** Thursday, July 11, 2024 3:12 PM
**To:** Kathy Reardon <kreardon@dollargeneral.com>
**Subject:** FW: The Inclusion Genius Factory | DEI Consultant, Greatness Factory

So much DG in his video….I'm in there….Denise….Antione……he repurposed our stretched dollar logo and made it his logo…..I am going to puke.

Lori Bremer
Pronouns: she/her
Dollar General
Vice President Talent Management
Mobile (615) 897-9155
lbremer@dollargeneral.com

---

**From:** Lori Bremer
**Sent:** Thursday, July 11, 2024 2:57 PM
**To:** Kathy Reardon <kreardon@dollargeneral.com>
**Subject:** FW: The Inclusion Genius Factory | DEI Consultant, Greatness Factory

The video he talks all about what work he did with our board (start around 15min in). Talks about our succession about hidden figures movie (which was illegal for us to show w/out a license). He is saying all officers are required to participate in ERGs. In his website that's FLM and our DMs.

---

**From:** Lori Bremer <lbremer@dollargeneral.com>
**Sent:** Thursday, July 11, 2024 2:52 PM
**To:** Lori Bremer <lbremer@dollargeneral.com>
**Subject:** The Inclusion Genius Factory | DEI Consultant, Greatness Factory

https://www.inclusiongenius.com/

[Measuring Success In DEI (youtube.com)](#)
Lori Bremer
[lbremer@dollargeneral.com](mailto:lbremer@dollargeneral.com)
Dollar General
VP HR Talent Management
615 879 9155