# Exhibit 4



| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240331122501/https://www.inclusiongenius.com/wp-content/uploads/2023/01/press-video-01.jpeg |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:38:36 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:38:37 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | shErKTV8PVMzQ25M4iCMjL |
| User: | automation@page-vaul |



Document title: Wayback Machine
Capture URL: https://web.archive.org/web/20240331122501/https://www.inclusiongenius.com/wp-content/uploads/2023/01/press-video-01.jpeg
Capture timestamp (UTC): Thu, 22 Aug 2024 16:38:37 GMT
Estimated post date: 03/31/2024 12:25:01 PM



| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240331122338/https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-22.jpg |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:38:23 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:38:24 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 9YfEb6dEriaZE4UihG8F5x |
| User: | automation@page-vaul |

**Can You Chip In?**

Please don't scroll past this—the Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on online donations averaging $15.58 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Thursday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

**Choose an amount (USD)**

$5    $15.58
$50   Custom: $

☐ I'll generously add $0.64 to cover fees.
☐ Make this monthly

Continue                    Remind Me

INTERNET ARCHIVE
WayBack Machine

https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-22.jpg        Go

1 capture
31 Mar 2024

FEB  **MAR**  APR
◄  **31**  ►
2023  **2024**  2025
▼ about this capture





| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240331122439/https://www.inclusiongenius.com/wp-content/uploads/2023/07/my-difference.jpg |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:38:16 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:38:17 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | aewHT7NGmBoBRLc4wtr15G |
| User: | automation@page-vaul |

**Can You Chip In?**

Please don't scroll past this—the Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on online donations averaging $15.58 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Thursday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

**Choose an amount (USD)**

$5     $15.58     $50     Custom: $

☐ I'll generously add $0.64 to cover fees.
☐ Make this monthly

Continue     Remind Me

INTERNET ARCHIVE
WayBackMachine
https://www.inclusiongenius.com/wp-content/uploads/2023/07/my-difference.jpg     Go

1 capture
31 Mar 2024

FEB **MAR** APR
◄ **31** ►
2023 **2024** 2025     About this capture



Document title: Wayback Machine
Capture URL: https://web.archive.org/web/20240331122836/https://www.inclusiongenius.com/wp-content/uploads/2023/07/my-difference.jpg
Capture timestamp (UTC): Thu, 22 Aug 2024 16:38:17 GMT
Estimated post date: 03/31/2024 12:24:39 PM

Case 3:24-cv-01388     Document 1-4     Filed 11/07/24     Page 7 of 37 PageID #: 101

Page 1 of 1


| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240331122421/https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-20.jpg |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:38:00 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:38:01 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | hhWZRyE8nyyWnBZxi6GuVL |
| User: | automation@page-vaul |

**Can You Chip In?**

Please don't scroll past this—the Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on online donations averaging $15.58 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Thursday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

**Choose an amount (USD)**

| $5 | $15.58 |
| $50 | Custom: $ |

☐ I'll generously add $0.64 to cover fees.
☐ Make this monthly

Continue        Remind Me

INTERNET ARCHIVE
WaybackMachine
https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-20.jpg    Go

1 capture
31 Mar 2024

FEB **MAR** APR
◄ **31** ►
2023 **2024** 2025
▼ About this capture



**EMPLOYEE RESOURCE MIXER**

Document title: Wayback Machine
Capture URL: https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-20.jpg
Capture timestamp (UTC): Thu, 22 Aug 2024 16:38:01 GMT
Estimated post date: 03/31/2024 12:24:21 PM

Case 3:24-cv-01388 Document 1-4 Filed 11/07/24 Page 9 of 37 PageID #: 103

Page 1 of 1



| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240331122509/https://www.inclusiongenius.com/wp-content/uploads/2023/05/media-vid-1.jpg |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:36:04 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:36:05 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 565GW1nmDcghPyvnQNsi4y |
| User: | automation@page-vaul |

Can You Chip In?

Please don't scroll past this—the Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on online donations averaging $15.58 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Thursday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

Choose an amount (USD)

$5     $15.58     $50     Custom: $

I'll generously add $0.64 to cover fees.
Make this monthly

Continue     Remind Me

INTERNET ARCHIVE
Wayback Machine
https://www.inclusiongenius.com/wp-content/uploads/2023/05/media-vid-1.jpg     Go
1 capture
31 Mar 2024
FEB MAR APR
◄ 31 ►
2023 2024 2025     About this capture



Case 3:24-cv-01338   Document 1-4   Filed 11/07/24   Page 11 of 37 PageID #: 105



| Document title: | Wayback Machine |
| --- | --- |
| Capture URL: | https://web.archive.org/web/20240331122321/https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-30.jpg |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:31:16 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:31:17 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | ryHNV476SWUXWsmp8m5pks |
| User: | automation@page-vaul |

**Can You Chip In?**

Please don't scroll past this—the Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on online donations averaging $15.58 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Thursday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

**Choose an amount (USD)**

| $5 | $15.58 |
| $50 | Custom: $ |

☐ I'll generously add $0.64 to cover fees.
☐ Make this monthly

Continue          Remind Me

INTERNET ARCHIVE
WaybackMachine
https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-30.jpg   Go

1 capture
31 Mar 2024

FEB **MAR** APR
◀ **31** ▶
2023 **2024** 2025
▼ About this capture



**BLACK HISTORY MONTH GALA**

Document title: Wayback Machine
Capture URL: https://web.archive.org/web/20240331122320/https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-30.jpg
Capture timestamp (UTC): Thu, 22 Aug 2024 16:31:17 GMT
Estimated post date: 03/31/2024 12:23:21 PM

Case 3:24-cv-01338   Document 1-4   Filed 11/07/24   Page 13 of 37 PageID #: 107

Page 1 of 1



| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240331122408/https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-29.jpg |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:30:54 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:30:55 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | u7jsVjANfK7UiZ3tr4BAJJ |
| User: | automation@page-vaul |

# Can You Chip In?

Please don't scroll past this—the Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on online donations averaging $15.58 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Thursday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

## Choose an amount (USD)

$5  $15.58  $50  Custom: $

I'll generously add $0.64 to cover fees.
Make this monthly

Continue          Remind Me

INTERNET ARCHIVE
Wayback Machine

https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-29.jpg     Go

1 capture
31 Mar 2024

FEB MAR APR
◄ 31 ►
2023 2024 2025
About this capture



Document title: Wayback Machine
Capture URL: https://web.archive.org/web/20240331122408/https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-29.jpg
Capture timestamp (UTC): Thu, 22 Aug 2024 16:30:55 GMT
Estimated post date: 03/31/2024 12:24:08 PM                                                                     Page 1 of 1



Document title:           Wayback Machine

Capture URL:              https://web.archive.org/web/20231117175607/https://www.inclusiongenius.com/wp-
                          content/uploads/2023/07/slider-hp-41.jpg

Page loaded at (UTC):     Tue, 27 Aug 2024 16:16:54 GMT

Capture timestamp (UTC):  Tue, 27 Aug 2024 16:17:12 GMT

Capture tool:             10.49.0

Collection server IP:     54.145.42.72

Browser engine:           Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
                          Chrome/124.0.0.0 Safari/537.36

Operating system:         Linux (Node 20.11.1)

PDF length:               2

Capture ID:               xawhxUf68NoTJswj627KPh

User:                     mcguirewoods

https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-41.jpg

Go

INTERNET ARCHIVE
WaybackMachine

1 capture
17 Nov 2023

OCT **NOV** MAR
◄ **17** ►
2022 **2023** 2024  ▼ About this capture



**EMPLOYEE RESOURCE MIXER**

Document title: Wayback Machine
Capture URL: https://web.archive.org/web/20231117175607/https://www.inclusiongenius.com/wp-content/uploads/2023/07/slider-hp-41.jpg
Capture timestamp (UTC): Tue, 27 Aug 2024 16:17:12 GMT
Page 1 of 1


| Document title: | Wayback Machine |
|---|---|
| Capture URL: | https://web.archive.org/web/20231117174343/https://www.inclusiongenius.com/wp-content/uploads/2023/07/chief-diversity-officers.jpg |
| Page loaded at (UTC): | Tue, 27 Aug 2024 16:11:27 GMT |
| Capture timestamp (UTC): | Tue, 27 Aug 2024 16:11:48 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 2 |
| Capture ID: | cExe4VHzY5RJwnVdo869nK |
| User: | mcguirewoods |

INTERNET ARCHIVE | https://www.inclusiongenius.com/wp-content/uploads/2023/07/chief-diversity-officers.jpg | Go

WayBackMachine

1 capture
17 Nov 2023

OCT **NOV** MAR
◀ **17** ▶
2022 **2023** 2024    ▼ About this capture



**JOHNE BATTLE,** SENIOR VICE PRESIDENT AND
CHIEF DIVERSITY OFFICER, DOLLAR GENERAL

Document title: Wayback Machine
Capture URL: https://web.archive.org/web/20231117174343/https://www.inclusiongenius.com/wp-content/uploads/2023/07/chief-diversity-officers.jpg
Capture timestamp (UTC): Tue, 27 Aug 2024 16:11:48 GMT
Page 1 of 1



| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240406042052/https://www.inclusiongenius.com/wp-content/uploads/2023/10/mobile-img-1024x470.png |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:33:08 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:33:09 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | a7DhpTYfb3P2g7B2URF57m |
| User: | automation@page-vaul |

Document title: Wayback Machine
Capture URL: https://web.archive.org/web/20240406042052/https://www.inclusiongenius.com/wp-content/uploads/2023/10/mobile-img-1024x470.png
Capture timestamp (UTC): Thu, 22 Aug 2024 16:33:09 GMT
Estimated post date: 04/06/2024 4:20:52 AM



| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20240331122552/https://www.inclusiongenius.com/wp-content/uploads/2023/10/about-img-768x1078.png |
| Page loaded at (UTC): | Thu, 22 Aug 2024 16:31:52 GMT |
| Capture timestamp (UTC): | Thu, 22 Aug 2024 16:31:53 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | vQt2uMi8aXHNuYZ1YzZcX1 |
| User: | automation@page-vaul |





Can You Chip In?

Please don't scroll past this—the Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on online donations averaging $15.58 to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Thursday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

Choose an amount (USD)

$5 | $15.58 | $50 | Custom: $

I'll generously add $0.64 to cover fees.

Make this monthly

Continue

Remind Me



| | |
|---|---|
| Document title: | Press & Media \| The Inclusion Genius Factory |
| Capture URL: | https://web.archive.org/web/20240418031535/https://www.inclusiongenius.com/press-media/ |
| Page loaded at (UTC): | Mon, 26 Aug 2024 13:49:52 GMT |
| Capture timestamp (UTC): | Mon, 26 Aug 2024 13:51:16 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 6 |
| Capture ID: | ucFQtcqmfhktnuWNVUL6Zp |
| User: | mcguirewoods |

INTERNET ARCHIVE
WaybackMachine
https://www.inclusiongenius.com/press-media/          Go
2 captures
5 Dec 2023 - 18 Apr 2024
DEC  APR  MAY
◀  18  ▶
2023  2024  2025
About this capture



IGF INCLUSION GENIUS FACTORY

🏠  About  Consult  Programs  Speaking  Press/Media  Assessment  Recognition/Results  Blog  Contact  ☰

# DR. J.E. BATTLE IN THE MEDIA

From Popular Podcasts To Prestigious Publications
Dr. Battle Spreads His GREATNESS on Platforms Around The Globe

         

## I Have Been Interviewed on Shows Like...



WATCH NOW



The Fireside Chat on Supplier Diversity – with Adrienne Trimble

WATCH NOW



WATCH NOW

Document title: Press &amp; Media | The Inclusion Genius Factory
Capture URL: https://web.archive.org/web/20240418035116/https://www.inclusiongenius.com/press-media/
Capture timestamp (UTC): Mon, 26 Aug 2024 13:51:16 GMT
Estimated post date: 04/18/2024 3:15:35 AM
Page 1 of 5

https://www.inclusiongenius.com/press-media/

2 captures
5 Dec 2023 - 18 Apr 2024



# I Have Been Featured in **Publications Like...**










# I Have Appeared **on Stages Like...**







Document title: Press &amp; Media | The Inclusion Genius Factory
Capture URL: https://www.inclusiongenius.com/press-media/
Capture timestamp (UTC): Mon, 26 Aug 2024 13:51:16 GMT
Estimated post date: 04/18/2024 3:15:35 AM



## Would You Like To Interview, Feature, or Invite Dr Johné Battle
## To Write For Your Prestigious Publication?

Full Name

Email

Phone

Subject

Your Message

This field is for validation purposes and should be left unchanged.

SEND MESSAGE

# Dr. Johné Battle

has been recognized by the LA Times as a Top 100 DEIA Leader, and three consecutive years by the National Diversity & Leadership Council has been one of the Top 100 Diversity Officers for 2021, 2022, and 2023. He has been featured in Fortune Magazine, and has graced the cover of Diversity Women, Diversity Professional magazine, and was inducted into the Inclusion Hall of Fame. He is renowned as a global Business Executive and thought leader who brings the powerful combination of skillful talent development and human capital expertise. His deep understanding of human relations, personal branding, diversity, equity, and inclusion, and organizational performance have led to a successful track record of business transformation and human capital counseling.

He currently is the founding partner and CEO of The Inclusion Genius Factory, LLC, and the Senior



Document title: Press &amp; Media | The Inclusion Genius Factory
Capture URL: https://www.inclusiongenius.com/press-media/
Capture timestamp (UTC): Mon, 26 Aug 2024 13:51:16 GMT
Estimated post date: 04/18/2024 3:15:35 AM

https://www.inclusiongenius.com/press-media/

2 captures
5 Dec 2023 - 18 Apr 2024

Diversity Professional Magazine, and was inducted into the Inclusion Hall of Fame. He is renowned as a global Business Executive and thought leader who brings the powerful combination of skillful talent development and human capital expertise. His deep understanding of human relations, personal branding, diversity, equity, and inclusion, and organizational performance have led to a successful track record of business transformation and human capital counseling.

He currently is the founding partner and CEO of The Inclusion Genius Factory, LLC, and the Senior Vice-President and Chief Diversity Officer for Dollar General Corporation, a $38+ billion-plus retailer with more than 19,500 convenient, easy-to-shop stores in 47 states. Dr. Battle owns the strategy for diversity, equity, and inclusion for over 170,000 employees; working across the organization using belonging indexes, talent-flow analysis, inclusive leader assessments and other data to make data-based decisions. Prior to joining Dollar General, Dr. Battle was a Senior Client Partner at Korn Ferry where he led clients through large-scale cultural transformation and assisted with holistic DEI leadership development, employee engagement and employee branding efforts that enabled clients to attract, develop and retain their talent while meeting their business goals.

As the Global Director of Talent Development for Johnson Controls, a $30 billion-plus global diversified technology and multi-industrial leader, Dr. Battle was responsible for the development of global strategy related to career development; culture and employee engagement, including diversity and inclusion solutions; an external executive coaching program; performance management; and components of onboarding. He established the tools and approach to help employees navigate their careers successfully, ensuring leaders understand and fulfill their roles in the career development of their teams. As Senior Partner of J.E. Battle & Associates, LLC. Dr. Battle headed up talent development, leadership development and change management interventions for MTV Networks, SAIC and Clayton County Public Schools – Leadership Academy.

READ MORE ⊕

**DOWNLOAD CORPORATE MEDIA KIT**

**DOWNLOAD SPORTS MEDIA KIT**





Document title: Press &amp; Media | The Inclusion Genius Factory
Capture URL: https://www.inclusiongenius.com/press-media/
Capture timestamp (UTC): Mon, 26 Aug 2024 13:51:16 GMT
Estimated post date: 04/18/2024 3:15:35 AM
Page 4 of 5

https://www.inclusiongenius.com/press-media/

diversified technology and multi-industrial leader, Dr. Battle was responsible for the development of global strategy related to career development; culture and employee engagement, including diversity and inclusion solutions; an external executive coaching program; performance management; and components of onboarding. He established the tools and approach to help employees navigate their careers successfully, ensuring leaders understand and fulfill their roles in the career development of their teams. As Senior Partner of J.E. Battle & Associates, LLC. Dr. Battle headed up talent development, leadership development and change management interventions for MTV Networks, SAIC and Clayton County Public Schools – Leadership Academy.

READ MORE ⊕

DOWNLOAD CORPORATE MEDIA KIT

DOWNLOAD SPORTS MEDIA KIT





Case 3:24-cv-02330 Document 1-4 Filed 11/07/24 Page 29 of 37 PageID #: 123



| | |
|---|---|
| Document title: | About Dr. Johne Battle - Corporate |
| Capture URL: | https://web.archive.org/web/20240526094048/https://www.inclusiongenius.com/about-corporate/ |
| Page loaded at (UTC): | Tue, 27 Aug 2024 14:07:00 GMT |
| Capture timestamp (UTC): | Tue, 27 Aug 2024 14:08:22 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 8 |
| Capture ID: | oUaKmr5n95igm4XY3WGN7q |
| User: | mcguirewoods |

PDF REFERENCE #:          49f4M7t87UDs7gbhxwNivz

https://www.inclusiongenius.com/about-corporate/

2 captures
5 Dec 2023 - 26 May 2024



# THE METER IS RUNNING

*I was ready to take on the world, but instead, I was being marginalized because of the color of my skin.*

## It was 2010.

I was working at the headquarters of the world's largest company. I'd spent what felt like a lifetime overcoming the "disability" label my 3rd-grade teacher had given me, but suddenly I was facing another form of categorization: lack of inclusion and resistance to diversity.

## I was being overlooked.

It pained me deeply to see many others being treated the same.
Good people, future Super Achievers such as Rosalind Brewer, who today is the CEO of Walgreens, Reggie Miller, today the Chief Diversity Officer
of McDonald's, Amber Lee Williams, today the SVP and Deputy General Counsel of Bed Bath & Beyond, and many others, all of us told we were less than, told what we couldn't do, and what we couldn't become.

# But something good came from this hard experience: I felt my call to be a part of the



# SOLUTION



https://www.inclusiongenius.com/about-corporate/  Go

**2 captures**
5 Dec 2023 - 26 May 2024

APR **MAY** JUN
◄ **26** ►
2023 **2024** 2025

▼ About this capture

# SOLUT ON



I headed to Wharton and focused my doctoral work on the correlation between grit, a growth mindset, and inclusion success factors. My life was already a testament to the transformative power of these three qualities.

I grew up in predominantly black Southwest Atlanta, feeling less than those around me. In third grade, Ms. Weinberg told my parents I couldn't read and said I needed to be held back.

In an era before homeschooling existed, my mother responded by quitting her job and homeschooling me, but the damage was done. I believed the label of unable.



I struggled through high school, and because I couldn't score high enough on the ACT, I spent my freshman year of college taking remedial math classes. This exaggerated my feeling of select and sort, that "Others have IT, and I don't."

**But then something happened at the start of my sophomore year.**

**My internal grit and growth mindset activated.**

I had a hunch that my abilities were not fixed. I audaciously pledged Kappa Alpha Psi fraternity because they had the highest GPA on the yard. They made an exception for my 2.68 GPA and let me in.

Suddenly, I was surrounded by what I call Super Achievers. Guys destined to get their law degrees and be Assistant District Attorneys by the time they were 25. I knew it was swim or sink.

**This is when I discovered the three most important words in psychology.**



Suddenly, I was surrounded by what I call Super Achievers.
Guys destined to get their law degrees and be Assistant District Attorneys by the time they were 25. I knew it was swim or sink.

**This is when I discovered the three most important words in psychology:**

# ACT AS IF.

☑ They wore bow ties to class, so I did as well.

☑ They sat in the first three rows, so I did too.

☑ They spent a whole lot of time in this thing called the library. So I did the same.

**I was grit in motion.**

# And for the first time ever, I earned a 4.0 GPA.



I realized I'm not disabled, I'm differently-abled. And I could do anything I set my mind to. I could become a Super Achiever.

This realization unlocked the audacity to get a specialist from Mercer, followed by the auda to knock on the number seven business school in the world, Emory, and get an MBA, and th called the number one business school in the world, Wharton, to get my doctorate.





https://www.inclusiongenius.com/about-corporate/

2 captures
5 Dec 2023 - 26 May 2024

During my doctorial work, I took over a classroom in Atlanta, in the poorest school district in the county. I was entrusted with 200 students as a test case, from their sophomore year till their graduation.

# I threw out the old model of grades, and I measured the students by two the things they were always in control of, their grit and their growth mindset.

"There's nothing more powerful than a made-up mind. Show me what your mind is made up for and I'll show you what you can do," is the quote I hung over the classroom door.

I created a safe environment where inclusivity reigned, and everyone was expected to rise to a high level of academic rigor. Administrators were baffled as to why the leader of the Bloods and the leader of the Crips cut every teacher's class except mine. **Inclusion is why.**

In my first year, a young lady confided in me that she was looking at websites on how to kill herself. **She graduated with a 3.4 GPA and a scholarship and hand-wrote me a heartfelt letter about how I changed her life and saved it two years later at her graduation.**

# By the end of my test case, I had an unheard-of result: all 200 of my students graduated and were accepted into a university.

My experience with those students steeled my resolve to help the disenfranchised, to bring a solution to those who feel like "They don't got it," and to bring an end to marginalization.

I have spent over ten years in research to become one of the nation's foremost experts and leaders on Human Capital and Talent Development among students, athletes, and business people.

**Leaders must go first and lead by example. Not from a position of authority, but rather from a position of influence. Because "influence" is the new currency that propels organizations forward today.**

Today, I am the founder of The Inclusion Genius Factory, and I am also the Senior Vice President and Chief Diversity Officer for Dollar General. At DG, I help our leadership team become transformational inclusive leaders. We have 165,000 plus employees. The Inclusion Genius Factory is the missing piece in the growth mindset and grit world, the blueprint, the specific executable path for Super achievers. Everyday super achievers are made.

I am a living example of what I teach. And I've got a DG4U!

Inspire and transform the lives of 10 million people over the next ten years – the meter is running.

# Dr. Johné Battle

has been recognized by the LA Times as a Top 100 DEIA Leader, and three consecutive years by the National Diversity & Leadership Council has been one of the Top 100 Diversity Officers for 2021, 2022, and 2023. He has been featured in Fortune Magazine, and has graced the cover Diversity Women, Diversity Professional magazine, and was inducted into Inclusion Hall of Fame. He is renowned as a global Business Executive and thought leader who brings the powerful combination of skillful talent development and human capital expertise. His deep understanding of human relations, personal branding, diversity, equity, and inclusion, and organizational performance have led to a successful track record of business transformation and human capital counseling.

He currently is the founding partner and CEO of The Inclusion Genius Factory, LLC, and the Senior Vice-President and Chief Diversity Officer for Dollar General Corporation, a $38+ billion-plus retailer with more than 19,500 convenient, easy-to-shop stores in 47 states. Dr. Battle owns the strategy for diversity, equity, and inclusion for over 170,000 employees; working across the organization using belonging indexes, talent-flow analysis, inclusive leader assessments and other data to make data-based decisions. Prior to joining Dollar General, Dr. Battle was a Senior Client Partner at Korn Ferry where he led clients through large-scale cultural transformation and assisted with holistic DEI leadership development, employee engagement and employee branding efforts that enabled clients to attract, develop and retain their talent while meeting their business goals.

READ MORE ⊕

Featured in:



Document title: About - Dr. Johné Battle - Corporate
Capture URL: https://web.archive.org/web/20240526094048/https://www.inclusiongenius.com/about-corporate/
Capture timestamp (UTC): Tue, 27 Aug 2024 14:08:22 GMT

Case 3:24-cv-01329    Document 1-4    Filed 11/07/24    Page 35 of 37 PageID #: 129

Page 5 of 7



# About the Inclusion Genius Factory Solutions

The Inclusion Genius Factory is committed to helping leaders in all industries, build intentional inclusive engagement, grow the collective genius of their teams, and enhance their lives through personal development. The company's success is defined by the number of people whose lives are changed by a message of inclusion.

Through a variety of mediums including live events, zone of genius assessments, publishing, syndicated columns, internal and external media campaigns, podcasts, and digital products, The Inclusion Genius Factory uses real world application to empower leaders to win at life and their chosen profession.

Thousands of leaders in Fortune 500 companies and coaches and athletes in the world of professional and collegiate sports across the country have benefitted from the Inclusion Genius Factory solutions, and Dr. J.E. Battle's world-class interventions have brought vision, inspiration, and encouragement to more than a million leaders.

Voted among the Top 50 DEIA leaders multiple times, Dr. J.E. Battle and the Inclusion Genius Factory bring solutions focused and dedicated to doing work that matters.

*Dr. J.E. Battle*



Document title: About Dr. Jonae Battle-Corporate
Capture URL: https://web.archive.org/web/20240526094048/https://www.inclusiongenius.com/about-corporate/
Capture timestamp (UTC): Tue, 27 Aug 2024 14:08:22 GMT

INTERNET ARCHIVE
WayBackMachine
https://www.inclusiongenius.com/about-corporate/    Go
2 captures
5 Dec 2023 - 26 May 2024

APR MAY JUN
◀ 26 ▶
2023 2024 2025
▼ About this capture

# About the Inclusion Genius Factory Solutions

The Inclusion Genius Factory is committed to helping leaders in all industries, build intentional inclusive engagement, grow the collective genius of their teams, and enhance their lives through personal development. The company's success is defined by the number of people whose lives are changed by a message of inclusion.

Through a variety of mediums including live events, zone of genius assessments, publishing, syndicated columns, internal and external media campaigns, podcasts, and digital products, The Inclusion Genius Factory uses real world application to empower leaders to win at life and their chosen profession.

Thousands of leaders in Fortune 500 companies and coaches and athletes in the world of professional and collegiate sports across the country have benefitted from the Inclusion Genius Factory solutions, and Dr. J.E. Battle's world-class interventions have brought vision, inspiration, and encouragement to more than a million leaders.

Voted among the Top 50 DEIA leaders multiple times, Dr. J.E. Battle and the Inclusion Genius Factory bring solutions focused and dedicated to doing work that matters.

*Dr. J.E. Battle*

           



INCLUSION GENIUS

Get Your Free Chapter of
Dr. Johné Battle's Forthcoming Book **Inclusion Genius**

Name

Email

DOWNLOAD & SUBSCRIBE

## Connect With Me

 Twitter     Instagram     Linkedin     Facebook

 INCLUSION GENIUS FACTORY

🏠    About    Consult    Programs    Speaking    Press/Media    Assessment    Recognition/Results    Blog    Contact

Copyright Inclusion Genius Factory 2024  |  Terms of Service  |  Privacy Policy  |  Cookie Policy

Innovated by INFLUEX