# Exhibit 5

| | |
|---|---|
| **From:** | Kimberly Huffman |
| **Sent:** | Friday, July 12, 2024 2:06 PM |
| **To:** | Johné Battle |
| **Cc:** | Kimberly Huffman |
| **Subject:** | Separation Details |
| **Attachments:** | Johne Battle release.pdf; 2024 Battle.pdf; Benefits Upon Leaving DG (SVP and Above) - 2024 FINAL.pdf |

Hi Johne,

As we discussed, we are separating your employment with Dollar General effective immediately.  Attached is your separation agreement and the benefits program information. Should you align with the separation agreement, please sign (wet signature) and return to me by email or postal mail by Friday, August 2nd, 2024. As a reminder, all Dollar General property, people, quotes, or DG-led trainings must be removed from your website immediately.

I will have a box shipped to your address to collect your company-provided equipment, including computer, cell phone, and name badge.

Please confirm your email address, personal phone number and address for accuracy.

Email:
Phone:
Home Address:



Please let me know if there are any questions I can answer for you in the meantime.

Regards,

Kim

Kimberly Huffman
VP, Human Resources
615.854.3926
Dollar General