# Exhibit 6



**Dollar General Corporation**
100 Mission Ridge
Goodlettsville, TN 37072

Telephone: (615) 855-5155
Fax: (615) 855-8566

July 22, 2024
**VIA FEDERAL EXPRESS
AND EMAIL** ████████████████

**VIA FEDERAL EXPRESS**
Mr. Johne Battle
████████████████
████████████████

RE: Return of Dollar General Corporation's Proprietary and Confidential Information

Dear Johné:

It has come to the attention of Dollar General Corporation (the "Company") that during the 60 day-period prior to your separation on July 12, 2024, improper activity was associated with your assigned Company account (jbattle) for which you had exclusive control and accountability. Specifically, you copied and downloaded multiple Company files and documents to a portable USB storage device (seagate backup +hub bk scsi disk device ab38, serial number na9rhh0l) (the "Seagate Device") that was connected to the Company laptop assigned to you and accessed by your assigned Company account (jbattle). An example of those files and documents are listed on Exhibit A. The documents and files identified in Exhibit A are not all-inclusive, and other files, documents and messages which appear to contain Company information were also identified. Additionally, as noted, Exhibit A relates only to the 60-day period preceding your separation.

The sheer volume, as well as the nature, of the information downloaded to the Seagate Device is astonishing, particularly for someone at the Senior Vice President level who should be familiar with Company policies regarding such activity. This information downloaded to Seagate Devise is proprietary and/or confidential and in some cases privileged. Your activity violates the Company's policies regarding the protection of its data and information, including but not limited to, those policies outlined in the Code of Business Conduct and Ethics, Employee Handbook, and Information Security Policy.

Dollar General hereby demands that you immediately return any and all other Company property in your possession, custody or control, including but not limited to: electronic and hardcopy proprietary, confidential and/or privileged Company information, documents, files or other data; any and all Company devices (for example, and without limitation, phones, laptops, monitors, etc.); and the Seagate Device to which you downloaded Company information, via personal delivery to my attention at the Company's Corporate Office located at 100 Mission Ridge, Goodlettsville, TN 37072. Once we have the ability to remove all Company property on the Seagate Device, we will return it to you.

Dollar General also requires your confirmation via signature below that: (1) any and all Company proprietary, confidential and/or privileged information, files, documents, and other data, the Seagate Device, and any and all Company devices in your possession, custody or control have been returned; (2) any copies of such information have been securely destroyed (i.e., not recoverable); and (3) such information has not been shared with any anyone outside of the Company, including those persons no longer employed.

Finally, at the time of your termination, you were instructed to remove any and all Dollar General content, including logos, from your consulting website the Inclusion Genius Factor. To date, you have not done so. You must remove all Dollar General related content from the website. If you are unable to remove the content immediately, please take down the website until such content has been removed.

If you fail to fully comply with all of the above by July 24, 2024, the Company will enforce its legal rights with respect to the inappropriate use of its proprietary materials for your personal use and gain and to ensure the return of its property. Receipt of your severance payments are conditioned on your compliance with this letter including return of all Company property, removal of Company content from the Inclusion Genius Factor, and your acknowledgment that you securely destroyed any copies.

I trust you understand the seriousness of this situation and will act accordingly.

Sincerely,

Melanie Kennedy Cook
Senior Vice President
Assistant General Counsel – Employment
mecook@dollargeneral.com

cc: Tom Ratz
    Kimberly Huffman

Your signature below serves as a confirmation that you have returned all electronic and hardcopy copies of Company proprietary and/or confidential information, all Company devices, as well as the portable USB storage device (seagate backup +hub bk scsi disk device ab38, serial number na9rhh0l – the Seagate Device) in your possession or control and have securely destroyed any and all copies of such electronic or hardcopy messages, files, etc.

_____
Johné Battle

Date: _____

# Exhibit A

| Source File Name |
|---|
| 10577-idiassessmentevpq120231_jeffowen_profile.pdf |
| 10577-idiassessmentevpq120233_kathyreardon_idp.pdf |
| 10577-idiassessmentevpq120233_kathyreardon_profile.pdf |
| 10577-idiassessmentevpq120234_carmanwenkoff_idp.pdf |
| 10577-idiassessmentevpq120234_carmanwenkoff_profile.pdf |
| 10577-idiassessmentevpq120235_rhondataylor_idp.pdf |
| 10577-idiassessmentevpq120235_rhondataylor_profile.pdf |
| 10577-idiassessmentevpq120236_emilytaylor_idp.pdf |
| 10577-idiassessmentevpq120236_emilytaylor_profile.pdf |
| 10577-idiassessmentevpq120237_stevesunderland_idp.pdf |
| 10577-idiassessmentevpq120237_stevesunderland_profile.pdf |
| 10577-idiassessmentofficersq1202371_stevendeckard_idp.pdf |
| 10577-idiassessmentofficersq1202371_stevendeckard_profile.pdf |
| 10577-idiassessmentofficersq1202388_rodwest_profile.pdf |
| 10577-idiassessmentofficersq120239_kellydilts_idp.pdf |
| 10577-idiassessmentofficersq120239_kellydilts_profile.pdf |
| 10577-spring22evp1_stevesunderland_idp.pdf |
| 10577-spring22evp1_stevesunderland_profile.pdf |
| 10577-spring22evp3_jeffowen_idp.pdf |
| 10577-spring22evp3_jeffowen_profile.pdf |
| 10577-spring22evp4_johngarratt_idp.pdf |
| 10577-spring22evp4_johngarratt_profile.pdf |
| 10577-spring22evp5_carmanwenkoff_idp.pdf |
| 10577-spring22evp5_carmanwenkoff_profile.pdf |

2023 october offsite 9.27.22.pptx
2023 october offsite draft v9 9.21.22.pptx

2024 aaerg gala ros_scripts_1.19.2024 (bla edits).docx
2024 bhm tier table_store and product list.xlsx
2024 flm exec committee 050124v3 3.pdf
2024 sd goals_initiatives.pptx
2024 strategic partner summit.docx
2024 succession planning sr. directors and directors.pptx

3000vilt-m5-fg-20v1 facilitator guide.pdf
3000vilt-m5-ipg-20v1 participant guide 20230607 draft.pdf
3000vilt-m5-ipg-20v1 participant guide 20230609b draft.pdf
3000vilt-m5-ipg-20v1 participant guide 20230609b final.pdf
3000vilt-m5-ipg-20v1 participant guide 20230609c draft.pdf
3000vilt-m5-ipg-20v1 participant guide 20230609c final.pdf
3000vilt-m5-ipg-20v1 participant guide.pdf
3000vilt-m5-pw-20v1 prework 20230607 draft.pdf
3000vilt-m5-pw-20v1 prework 20230609 draft.pdf
3000vilt-m5-pw-20v1 prework 20230609 final.pdf
3000vilt-m5-pw-20v1 prework.pdf

affirmity - erg platform order form (dg signed 5.202.2021) (1).pdf
affirmity - erg platform order form (dg signed 5.202.2021).pdf
affirmity - master services agreement (dg signed 5.20.21) (1).pdf
affirmity - master services agreement (dg signed 5.20.21).pdf
affirmity - master software-related services agreement 4.12.21.docx
affirmity - master software-related services agreement 4.27.21jb.docx
affirmity - master software-related services agreement 4.30.21.docx
affirmity - master software-related services agreement 5.15.21.docx
affirmity - platform order form and sows 4.12.21.docx
all officers d and i deck 4.20.2021.pptx
all officers d and i deck 4.23.2021.pdf
all officers d and i deck 4.23.2021.pptx
all officers diversity and inclusion strategy .pdf
all officers meeting 1212021 v2.pptx
all officers meeting 1212021.pptx
brave conversation #1 - post session communication_kr edits.docx
brave conversation #1 working draft_04.26.24 (1).pptx
brave conversation #1 working draft_04.26.24.pptx
brave conversation 1 working draft 04.26.24.pptx
brave conversation 1- elt - 04.08.2024 jb.pptx
brave conversation 1- elt - 04.08.2024 jbv2.pptx
brave conversation 1- elt - 04.08.2024 jbv3.pptx
brave conversation 1- elt - 04.08.2024 jbv4.pptx
brave conversation 1- elt - 04.08.2024.pptx
brave conversation 1b inclusive retention supply chain v2 ka.pptx
ceo memo an important update on our diversity and inclusion journey release september 16 2020 v12 jb edits.docx
ceo statement v3 supplier diversity.docx

confidentiality agreement lvl.pdf
confidentiality agreement nda dg jb.pdf
confidentiality agreement nda dg.doc
confidentiality agreement nda dg.pdf
confidentiality agreement nda jb.pdf

david rowland board member deck 9262023.pptx
david rowland board member deck 9262023v2.pptx
david rowland board member deck 9262023v3.pptx

d&i update with kathy 4.26 (1).pptx
d&i update with kathy 4.26 jb.pptx
d&i update with kathy 4.26.pptx

dg_officer onboarding_phase 2 proposal_02102.pptx
dg_officer onboarding_phase 2 proposal_02102023.pptx
dg_officer til aggregate_10222020.pdf
dg_officer til aggregate.pptx
dg_officer_til_aggregate_vp_svp_comparison_vf.pdf
dg_officer_til_aggregate_vp_svp_comparison_vf.pptx
dg_rea_board _deck_final_jb (4).pptx
dg_rea_board _deck_final_jb.pptx

diversity goal reporting with summary_02212024.xlsx
diversity goal reporting with summary_03 22 2023.xlsx
diversity goal reporting with summary_03292023.xlsx
diversity goal reporting with summary_04052023.xlsx
diversity goal reporting with summary_0412023 (002).xlsx
diversity goal reporting with summary_0412023.xlsx
diversity goal reporting with summary_05012024.xlsx
dollar general customer focus group communication 9.1.2022.doc
dollar general customer focus group email to dg customer network and opt-in survey 9.15jb.docx
dollar general customer focus group email to dg customer network and opt-in survey 9.7.docx
dollar general customer focus group email to dg customer network and opt-in survey 9.8jb.docx
elt di strategy update 5.17.2021 [autosaved].pptx
elt di strategy update 5.17.2021.pdf
elt di strategy update 5.17.2021.pptx
elt di strategy update 9.12.2021.pptx
elt di womens executive development cohort 2021.pptx
erg guidelines 2019 update.pdf
erg guidelines and bylaws v2 jb.docx
erg guidelines and bylaws v3.docx
erg guidelines and bylaws.pdf
erg leadership plan v2 jb.docx

evp idi debrief - officer and director level results 2022 and 2023.pptx

evp inclusive leader kickoff for fy22.pptx

evp maturity model 2022.pptx

evp maturity model compliance draft2 sept 2022.pptx

evp ppt.pdf

evp ppt.pptx

evp presentation 071822 v2.pdf

flm script for johne-connie-kal-aaron 4.2.21.docx

flm_poc2.0_20230711 (1).pptx

flm_poc2.0_20230711 people powered.pptx

flm_poc2.0_20230711.pptx

fy2022_q4_di_scorecard.pdf

fy2023_q1_di_scorecard.pdf

fy2023_q2_d&i_scorecard.pdf

fy2023_q2_di_scorecard.pdf

fy2023_q3_d&i_scorecard.pdf

fy2023_q4_d&i_scorecard.pdf

heatmap example 2.jpg

heatmap example 3.png

heatmap example.jpg

jacksonville agenda jan 2024.docx

jacksonville kings road store reopen recommendation as of 11.9jm.docx

jacksonville strong.png

kathy q4 board deck update di exec summary v2jb.pptx
kathy q4 board deck update di exec summary v4jb.pptx
kathy q4 board deck update di exec summary v5.pptx
kathy q4 board deck update di exec summary v6.pptx

kornferryracialequityauditreportfordollargeneral2023 (1).pdf
kornferryracialequityauditreportfordollargeneral2023.pdf

officer goals.pptx
officer inclusive leader - intro outro script (challenge coin v3.docx
officer inclusive leader - intro outro script (challenge coin v4 jb.docx
officer meeting  7-26-23.pptx
officer meeting _ 3.21.pptx
officer meeting _ jb 06232023.pptx

pd 4-21 leadership book.pdf
pd 4-24 leadership book.pdf

racial equity audit jb12422.pptx
racial equity audit update (june 24 attachments).pptx
racial equity audit update may board meeting final.pptx
racial equity audit update may board meeting jb.pptx
racial equity audit update may board meeting jb5132022 kr edits mpv2 (002)rtjb.pptx
racial equity audit update may board meeting jb552022.pptx
racial equity audit update may board meeting jb562022 kr edits mp.pptx

v5_racial_equity_audit_slides_for_nov_board_meeting_111122.pptx
v5.2_racial_equity_audit_slides_for_nov_board_meeting_111522 (1).pptx
v5.2_racial_equity_audit_slides_for_nov_board_meeting_111522.pptx
v5.2_racial_equity_audit_slides_for_nov_board_meeting_jb.pptx
v5.3_racial_equity_audit_slides_for_nov_board_meeting_111722.pptx

succession lb 2020.pptx

succession planning 2020 7-27-2020.pdf

succession_lb_20200709.pptx

todd meeting 192024.pptx