# Exhibit 7

| From: | Turk, Amy Morrissey |
|---|---|
| To: | "Alex Burkhalter"; David A. Burkhalter II |
| Cc: | Cooley, Laura J.; Retzloff, Carl Alexander; Higgins, Shanna Eisenhauer |
| Subject: | FW: DG/Battle - Draft Forensic Protocol |
| Date: | Thursday, October 17, 2024 12:43:18 PM |
| Attachments: | Draft Forensic Protocol(194720280.1).docx |

David and Alex –

We have conferred with our client. Dollar General is willing to shoulder the cost of the forensic protocol in its entirety, in exchange for your client agreeing to provide the devices into which he inserted the USB drive for examination, subject to the caveat that if an impermissible misappropriation of Dollar General's information is discovered and confirmed in any subsequent litigation or arbitration, you understand Dollar General will include the costs of the examination as part of our litigation costs.

I hope this is an agreeable compromise for you. Please let us know and we will retain the neutral examiner and circulate a final revised version of the protocol for the examiner's review before execution.

Please also respond to our question below asking for clarification to your edits to page 2 of the draft forensic protocol.

Amy


**Amy Morrissey Turk**
Partner
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T: +1 757 640 3711
M: +1 757 560 3245
aturk@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com
Visit our Consumer Products & Retail Industry Team



---

**From:** Cooley, Laura J.
**Sent:** Wednesday, October 2, 2024 11:05 AM
**To:** 'Alex Burkhalter' <alex@burkhalterlaw.com>; David A. Burkhalter II <david@burkhalterlaw.com>

**Cc:** Turk, Amy Morrissey <ATurk@mcguirewoods.com>; Zachary Burkhalter <zach@burkhalterlaw.com>; Retzloff, Carl Alexander <CRetzloff@mcguirewoods.com>; Higgins, Shanna Eisenhauer <shiggins@mcguirewoods.com>
**Subject:** RE: DG/Battle - Draft Forensic Protocol-- RESPONSE NEEDED BY COB September 26

David and Alex – I am just writing to confirm the outcome of our discussion today. In summary:
- Dollar General's position is that it needs to understand whether and how Dr. Battle was accessing or using the documents on the USB drive, not on his Dollar General computer, but on his personal computer(s), in order to move this matter forward to discuss what you all want to discuss, which is the allegations Dr. Battle has made about the nature of his termination.
- You agreed to check if your client will agree to the examination of his personal devices along with the USB drive.
- You don't agree to share the cost of the forensic examination. We agreed to check with our client whether we can agree to bear the cost alone.

We will circle back to you as soon as we have an answer from our client and trust you will do the same.

Additionally, in light of the disagreements above, we failed to ask a clarifying question about one of your edits. We noted on page 2 that you deleted the language requiring Dr. Battle to return any hard copy documents in his possession and to certify under penalty of perjury that he has none in his possession, custody or control. Have you deleted this language out of concern for document preservation? If so, could we revise to clarify that Dr. Battle will place the documents in your possession and certify he has done so? If not, please explain what your issue with this language is.

Thanks,
Laura

**Laura J. Cooley**
Associate
McGuireWoods LLP
T:  +1 804 775 1675 | M: +1 703 439 0242
lcooley@mcguirewoods.com

---

**From:** Alex Burkhalter <alex@burkhalterlaw.com>
**Sent:** Tuesday, October 1, 2024 6:57 PM
**To:** Cooley, Laura J. <LCooley@mcguirewoods.com>
**Cc:** Turk, Amy Morrissey <ATurk@mcguirewoods.com>; David A. Burkhalter II <david@burkhalterlaw.com>; Zachary Burkhalter <zach@burkhalterlaw.com>; Retzloff, Carl Alexander <cretzloff@mcguirewoods.com>; Higgins, Shanna Eisenhauer <shiggins@mcguirewoods.com>
**Subject:** Re: DG/Battle - Draft Forensic Protocol-- RESPONSE NEEDED BY COB September 26

**EXTERNAL EMAIL; use caution with links and attachments**

10:30 works for us.

D. Alexander Burkhalter, III
The Burkhalter Law Firm, P.C.

Sent from my iPhone.

> On Oct 1, 2024, at 4:33 PM, Cooley, Laura J. <LCooley@mcguirewoods.com> wrote:
>
> We could do 9:30-10, or 10:30-11:30.
>
> **Laura J. Cooley**
> Associate
> McGuireWoods LLP
> T:  +1 804 775 1675 | M: +1 703 439 0242
> lcooley@mcguirewoods.com
>
> ---
>
> **From:** Alex Burkhalter <alex@burkhalterlaw.com>
> **Sent:** Tuesday, October 1, 2024 4:30 PM
> **To:** Cooley, Laura J. <LCooley@mcguirewoods.com>
> **Cc:** Turk, Amy Morrissey <ATurk@mcguirewoods.com>; David A. Burkhalter II <david@burkhalterlaw.com>; Zachary Burkhalter <zach@burkhalterlaw.com>; Retzloff, Carl Alexander <cretzloff@mcguirewoods.com>; Higgins, Shanna Eisenhauer <shiggins@mcguirewoods.com>
> **Subject:** Re: DG/Battle - Draft Forensic Protocol-- RESPONSE NEEDED BY COB September 26
>
> **EXTERNAL EMAIL; use caution with links and attachments**

Laura: Could you be available anytime tomorrow morning? I'm supposed to attend an arbitration hearing that afternoon, and David is in appointments.

D. Alexander Burkhalter, III
The Burkhalter Law Firm, P.C.

Sent from my iPhone.

> On Oct 1, 2024, at 12:02 PM, Cooley, Laura J. <LCooley@mcguirewoods.com> wrote:
>
> Alex – I think it makes the most sense to get on the phone to discuss how to finalize this. We're available any time this afternoon, or tomorrow after 12:30 EST. Let us know what works for you and I'll circulate an invite.
>
> Thanks,
> Laura
>
> **Laura J. Cooley**
> Associate
> McGuireWoods LLP
> T:  +1 804 775 1675 | M: +1 703 439 0242
> lcooley@mcguirewoods.com
>
> ---
>
> **From:** Alex Burkhalter <alex@burkhalterlaw.com>
> **Sent:** Monday, September 30, 2024 2:24 PM
> **To:** Turk, Amy Morrissey <ATurk@mcguirewoods.com>
> **Cc:** David A. Burkhalter II <david@burkhalterlaw.com>; Zachary Burkhalter <zach@burkhalterlaw.com>; Cooley, Laura J. <LCooley@mcguirewoods.com>; Retzloff, Carl Alexander <cretzloff@mcguirewoods.com>; Higgins, Shanna Eisenhauer <shiggins@mcguirewoods.com>
> **Subject:** Re: DG/Battle - Draft Forensic Protocol-- RESPONSE NEEDED BY COB September 26
> **Importance:** High
>
> **\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Good afternoon, Amy: Attached are the changes to the forensic protocol (in track changes). Let us know if you have any questions.

Thank you,

Alex Burkhalter

D. Alexander Burkhalter, III
Attorney at Law
The Burkhalter Law Firm, P.C.
P.O. Box 2777
Knoxville, TN 37901
Telephone:  (865) 524-4974
Facsimile:  (865) 524-0172
www.burkhalterlaw.com

Confidentiality:  This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sec. 2510-2521, is confidential and legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error; then delete it. Thank you.

IRS Circular 230 Disclaimer:  Pursuant to IRS Circular 230, please note and be guided by the following:  To the extent, if at all, the language and substance of this document and any of the attachments hereto is taken as or otherwise considered to be tax advice, either federal or state, the same is not intended to be used as, and may not be so used by any recipient hereof, intended or otherwise, for the purpose of (i) seeking to avoid penalties or other impositions as to reporting for federal and/or state tax purposes; or, (ii) for the purpose of marketing, promoting or recommending to another party any entity, investment plan, or arrangement, existing or to be formed.

On Sep 24, 2024, at 6:02 PM, Turk, Amy Morrissey <ATurk@mcguirewoods.com> wrote:

Counsel –

We sent you the attached draft forensic protocol at the end of last week and have not received a response. Please advise if you agree with this protocol by **COB September 26** so we can send it to bit-x-bit for their

input. Given the length of time that Dr. Battle retained the USB in his possession before turning it over to counsel, time is of the essence, and it is not reasonable to further delay the forensic examination of the USB and any devices that Dr. Battle used it in.

Amy

**Amy Morrissey Turk**
Partner
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:  +1 757 640 3711
M: +1 757 560 3245
[aturk@mcguirewoods.com](mailto:aturk@mcguirewoods.com)
[Bio](#) | [VCard](#) | [www.mcguirewoods.com](http://www.mcguirewoods.com)
Visit our [Consumer Products & Retail](#) Industry Team

---

**From:** Cooley, Laura J.
**Sent:** Friday, September 20, 2024 3:22 PM
**To:** 'David Burkhalter' <david@burkhalterlaw.com>; Alex Burkhalter <alex@burkhalterlaw.com>; Zachary Burkhalter <zach@burkhalterlaw.com>
**Cc:** Turk, Amy Morrissey <ATurk@mcguirewoods.com>; Retzloff, Carl Alexander <CRetzloff@mcguirewoods.com>; Higgins, Shanna Eisenhauer <shiggins@mcguirewoods.com>
**Subject:** DG/Battle - Draft Forensic Protocol

David,

Please find attached a draft forensic protocol, which outlines the procedures to be followed in obtaining a third party analysis on what documents Dr. Battle downloaded to the USB drive and how he has

utilized them, and also for removing those documents from the USB while preserving the other personal and third party information on the drive.

We have looked into some potential vendors and suggest bit-x-bit: https://www.bit-x-bit.com/

Please let us know if it would be easiest for you if we jump on a call to discuss this protocol and how to move forward. We would suggest that we select a vendor and send them the draft protocol before finalizing it ourselves, to make sure it comports with their processes and procedures.

Thanks,
Laura

**Laura J. Cooley**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1675
M: +1 703 439 0242
lcooley@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com



*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*
<Draft Forensic Protocol(194720280.1).docx>