UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOLLAR GENERAL CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:24-cv-01330 |
| JOHNE BATTLE, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE